

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | BRADFORD C. PATRICK<br>*Assistant Corporation Counsel*<br>Email: bpatrick@law.nyc.gov<br>Tel.: (212) 788-1575<br>Fax: (212) 788-9776 |

September 27, 2010

BY ECF
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11215

        Re: <u>Shavaugh D. Daniely v. City of New York, et al.</u>
            10 CV 2200 (ENV)(MDG)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to defend the City of New York ("City") and Alberto Pizarro in the above-referenced matter. Defendants write to advise the Court that this matter has settled. A Stipulation and Order of Settlement and Discontinuance will be submitted for the Court's endorsement shortly.

      In light of the settlement, defendants request that the telephone conference scheduled for October 8, 2010 at 9:30 a.m. be adjourned.

      Thank you for your consideration of this application.

                                Respectfully submitted,

                                  /s/

                                Bradford C. Patrick
                                Assistant Corporation Counsel
                                Special Federal Litigation Division

cc:    <u>BY ECF</u>
       Michael O. Hueston, Esq.
       *Attorney for Plaintiff*
       350 Fifth Avenue, Suite 4810
       New York, New York 10018